[No. 53569-2-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON M. MANUEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08216-1, Robert H. Alsdorf, J., entered November 25, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.

[No. 53693-1-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GOEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03238-7, Robert H. Alsdorf, J., entered January 21, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53913-2-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN PHILLIP JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02613-8, Michael Heavey, J., entered February 23, 2004. *Reversed* by unpublished per curiam opinion.

[No. 53980-9-I.   Division One.   March 7, 2005.]

BRETT W. BOGUE ET AL., *Respondents*, v. EDWARD WILSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-04827-7, Philip G. Hubbard, Jr., J., entered March 12, 2004. *Affirmed* by unpublished per curiam opinion.